RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Sabir Philimon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00215-GMN-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE ARRAIGNMENT AND PLEA HEARING** |
| v. | (First Request) |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Sabir Philimon, that the Arraignment and Plea Hearing currently scheduled on November 3, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense Counsel will be out of the District and is unavailable to attend the hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1    This is the first request for a continuance of the arraignment and plea hearing.

2    DATED this 26th day of October, 2023.

3

4    RENE L. VALLADARES                    JASON M. FRIERSON
     Federal Public Defender               United States Attorney

5

6

     By */s/ Jawara Griffin*               By */s/ Robert Knief*

7    JAWARA GRIFFIN                        ROBERT KNIEF
     Assistant Federal Public Defender     Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00215-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the arraignment and plea hearing currently scheduled for Friday, November 3, 2023 at 1:30 p.m., be vacated and continued to November 7, 2023 at the hour of 11:00 am in 3B before Magistrate Judge Brenda Weksler.

DATED this 26th day of October, 2023.

_____

UNITED STATES MAGISTRATE JUDGE