RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Sabir Philimon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00215-GMN-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| v. | (First Request) |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Sabir Philimon, that the Change of Plea Hearing currently scheduled on April 17, 2024 at 9:00 a.m., be vacated and continued to April 22, 2024 at 11:00 a.m. or a date and time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant. Additionally, defense counsel will be out of the country on the currently scheduled date.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Change of Plea hearing.

DATED this 1st day of April 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Lauren Ibanez*<br>By_____<br>LAUREN IBANEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SABIR PHILIMON,<br><br>Defendant. | Case No. 2:22-cr-00215-GMN-EJY<br><br>**ORDER** |

Based on the stipulation and good cause appearing;

IT IS ORDERED that the Change of Plea hearing currently scheduled for Wednesday, April 17, 2024, at 9:00 a.m., be vacated and continued to April 22, 2024 at 11:00 a.m.

DATED this __2__ day of April 2024.

_____
UNITED STATES DISTRICT JUDGE