RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Sabir Philimon

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00215-GMN-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Sabir Philimon, that the Sentencing Hearing currently scheduled on August 12, 20243 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Philimon, which is relevant to the sentencing disposition of this case.  This case is complex given Mr. Philimon's pending revocation hearing that will be heard

near the time of sentencing in this matter.  The parties are hopeful this will be the last request for a stipulation to continue.

        2.     The defendant is incarcerated and does not object to the continuance.

        3.     The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 6th day of August 2024.

RENE L. VALLADARES
Federal Public Defender

    */s/ Rebecca A. Levy*
By_____
REBECCA A. LEVY
Assistant Federal Public Defender

JASON M. FRIERSON
United States Attorney

    */s/ Lauren Ibanez*
By_____
LAUREN IBANEZ
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00215-GMN-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Monday, August 12, 20243 at 11:00 a.m., be vacated and continued to _October 15, 2024_ at the hour of 10:00 a.m.

DATED this _6_ day of August 2024.

_____

UNITED STATES DISTRICT JUDGE

3