RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Sabir Philimon

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00215-GMN-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Third Request) |
| SABIR PHILIMON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Sabir Philimon, that the Sentencing Hearing currently scheduled on October 15, 2024 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Philimon, which is relevant to the sentencing disposition of this case. This case is complex given Mr. Philimon's pending revocation hearing that will be heard

near the time of sentencing in this matter. The parties are hopeful this will be the last request for a stipulation to continue.

    2. The defendant is incarcerated and does not object to the continuance.

    3. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 8th day of October 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Lauren Ibanez*<br>By_____<br>LAUREN IBANEZ<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>SABIR PHILIMON,<br><br>                    Defendant. | Case No. 2:22-cr-00215-GMN-EJY<br><br>**ORDER** |

IT IS ORDERED that the sentencing hearing currently scheduled for October 15, 2024 at 10:00 a.m., be vacated and continued to January 7, 2025 at the hour of 10:00 AM

DATED this  9  day of October 2024.

_____
UNITED STATES DISTRICT JUDGE

3